James Martin
735 ½ Center St. Shelbyville, IN 46176
Home: (317) 883-7379 / Cellular: (317) 512-8904
Email: Jamesamartin3@gmail.com

June 10th, 2019

United States District Court
Northern District of Indiana
1300 S. Harrison St.
Fort Wayne, IN 46802

Re:   James Martin vs. Wyndham Hotel of Fort Wayne, Inc.

Dear Honorable Clerk:

Please find enclosed the following:

1. Appearance form (pro-se)
2. Waiver of filing fees (pro-se)
3. Summons
4. Two copies of the complaint

Please set forth to the Court for their approval the complaint and other documents. If approved, return to me a stamped filed copy of the complaint for my records.

Greatly yours,

*[signature: James Martin]*

James Martin