IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

JAMES MARTIN )

    PLAINTIFF )

VS. ) CAUSE NO. 1:19-cv-257

WYNDHAM HOTEL )

OF FORT WAYNE, Inc. )

    DEFENDANT )

## Motion to Dismiss with Prejudice

The Plaintiff, James Martin as pro-se respectfully moves this Honorable Court to dismiss this case with Prejudice.

1. The plaintiff's have established policies and directives concerning Service Animals within their Hotels that the plaintiff is now satisfied.
2. The matter between parties are now resolved and this case should be dismissed with prejudice.

Wherefore, the plaintiff prays this Court will dismiss this case with prejudice.

Dated: 6/20/2019

By: James Martin, Pro-se Plaintiff

James Martin
735 ½ Center Street
Shelbyville, IN 46176
(317) 604-5323

James Martin
735 1/2 Center St.
Shelbyville, IN 46176-2606

United States District Court
Northern District of Indiana
1300 S. Harrison St.
Fort Wayne, IN 46802

46802-34358

SECURITY SCREENED

INDIANAPOLIS IN 460
13 JUN 2019 PM 4 L


